**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-12-00990-CV |
| Style: | The Better Business Bureau of Metropolitan Houston, Inc. |
| | **v** John Moore Services, Inc. and John Moore Renovation, LLC |
| Date motion filed*: | January 30, 2013 |
| Type of motion: | Motion to stay trial court proceedings |
| Party filing motion: | Appellant |

The motion to stay trial court proceedings is **DENIED**.


Judge's signature:  /s/ Michael Massengale

☑ Acting individually     □ Acting for the Court


Date:  February 12, 2013